IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TONY RENNETTE HARRINGTON**,

*Plaintiff*,

v.

**SHERIFF BRANDON BUSBY, INVESTIGATOR JUSTIN LIVINGSTON, AND JIMMY NUNN,**

*Defendants*.

CAUSE NO. 3:21-CV-718-CWR-ASH

### ORDER

The matter before the Court is pursuant to the Magistrate Judge's Report and Recommendation, which was entered on December 9, 2024. Docket No. 64. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed. A separate Final Judgment will issue.

**SO ORDERED**, this the 10th day of January, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE